Ham, Judge,
 

 delivered the opinion of the Court:
 

 The only question that can arise here is with respect to the action of detinue. In that action, the arbitrators directed the negro to be delivered up by Arrington, and a certain sum of money to be paid by Battle. Thus the rights of the parties, n ith respect to the subject matter of the suit were settled. This court is not applied to, to set that award aside $ there is no law, which in a case situated as this is,
 
 directs
 
 that either party shall pay the \yhole cost,?. Upon legal principles then it will follow,
 
 *247
 
 that,each parly shall pay his own costs to the Clerk, as-for work and labor done. Those costs being ‘ascertained* . .. the Clerk is at liberty to issue an execution against each jiarty separately. In Ihe other action, Arrington mtet pay the costs, because thte arbitrators have said' so.